IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAY JAMES,

           Appellant,

v.

STATE OF FLORIDA AND
JULIE L. JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

           Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3777

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Ray James, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

        DISMISSED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.